```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEVERLY COOPER, ET AL.         :        CIVIL ACTION
                               :
          v.                   :
                               :
JOHN WETZEL, ET AL.            :        NO. 23-1314
```

ORDER

AND NOW, this  17th  day of May 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that this action is remanded to the Court of Common Pleas of Philadelphia County.

					BY THE COURT:


					/s/ Harvey Bartle III
								J.